RECEIVED
APR 09 2009
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Daniel R Pirtle
_____
Name

320 S Bragaw Apt 5
_____
Mailing address
Anchorage AK 907 240 2658
_____
Telephone

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Daniel Renay Pirtle
_____
(Full name of plaintiff in this action)

Plaintiff,

vs.

United States Postal Service
Ronnie Smith
Kimberly A Herbst
_____

(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:09-CV-00071-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

_____

_____

_____

Page 1 of 8

PS02 (6/03)

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Daniel Renay Pirtle

who presently resides at 320 S Bragaw #5 Anchorage AK 99508, were
<span style="display:block; text-align:center">(mailing address)</span>

violated by the actions of the below named individual(s). The actions were directed against Plaintiff

at Corner of 8th an Ingra _____ on the following dates: 6·17-2008,
<span style="display:block">(place where violation occurred)</span> <span style="text-align:right">(Claim 1)</span>

_____ and _____ .
<span>(Claim 2)</span>    <span>(Claim 3)</span>

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, Ronnie Smith _____ , is a citizen of

Alaska _____ , and is employed as a Maintenance Worker _____
<span>(state)</span>    <span>(name)</span>    <span>(defendant's government position/title)</span>

X This defendant **personally participated** in causing my injury, and I want **money damages.**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, Kimberly A Herbst _____ , is a citizen of

St Louis MO , and is employed as Tort Claim Examiner/Adudicator
<span>(state)</span>    <span>(name)</span>    <span>(defendant's government position/title)</span>

_____ This defendant **personally participated** in causing my injury, and I want **money damages.**

X The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, United States Postal Service is a citizen of
<span style="display:block; text-align:center">(name)</span>

_____ , and is employed as a _____
<span>(state)</span>    <span>(defendant's government position/title)</span>

_____ This defendant **personally participated** in causing my injury, and I want **money damages.**

X The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Page 2 of 8

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated: <u>freedom from cruel</u>
<u>and unusual punishment</u> (e.g., due process, freedom of religion, free speech, freedom
of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

on June 17, 2008 I was on my way to
doctors office after fishing at ship creek
I was riding a mongoose IBOC Bicycle
I turned onto Ingra from sixth st saw.
Ronnie Smith pull up to stop sign on
8th st I continued down Ingra observed he (Ronnie Smith
was not paying Attention in my Direction
so I stopped in the middle of 8th st
He (Ronnie Smith proceeded to turn onto Ingra
Running over me and the Bicycle. I laid in
the middle of 8th st for about 1 minute got
up ronnie smith had pulled into farthest lane
up on side walk he asked if I was ok I said
I think so But my Bike need a new front Rim
after settling down ronnie told me to wait he
Left and came Back and gave me $20 when
I got home I called bike shop and couldnt get
one for less than forty so I went to Post office
and asked for his name and was told I would
have to file a torts claim they asked for a specific
Amount So I wrote $1,000,250 cause my Back started
hurting they offered me 250 But that doesnt
even cover my Doctor Bills and chiropractice Bill
or Medications for Pain

Page 3 of 8

Case 3:09-cv-00071-RRB   Document 1   Filed 04/09/09   Page 3 of 8

Claim 2:  The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

Supporting Facts:  (Briefly describe **facts** you consider important to Claim 2.  State what happened clearly, **in your own words.**  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 2.  Include **dates**.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page 4 of  8

<u>Claim 3</u>: The following civil right has been violated:_____

<span style="font-size:small">(e.g., due process, freedom of religion, free speech, freedom</span>

_____

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

<u>Supporting Facts</u>:  (Briefly describe **facts** you consider important to Claim 3.  State what happened clearly, **in your own words.**  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3.  Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5 of  8

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved

in this action? _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the

additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
　　　　　　　　(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

**E. Request for Relief**

Case 3:09-cv-00071-RRB   Document 1   Filed 04/09/09   Page 6 of 8

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) _____

_____

_____

_____

2. Damages in the amount of $ _____

3. Punitive damages in the amount of $ _____

4. Declaratory judgment: _____

5. Attorney's fees, in the event plaintiff is or will be represented by counsel, of $ _____

5. Other: _____

_____

_____

Plaintiff demands a trial by _____ Jury _____ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

     The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_____
**Plaintiff's Original Signature**

_____
Plaintiff's Full Name

Executed at _____ on _____
                   (Location)                           (Date)

Page 7 of 8

_____     _____
Original Signature of Attorney (if any)                    (Date)

_____

_____

_____
Attorney's Address and Telephone Number

Page 8 of 8