**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

DANIEL RAY PIRTLE,
      Plaintiff,

Case Number 3:09-cv-00071-RRB

v.

UNITED STATES POSTAL SERVICE,
      Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came before the court. The issues have been reviewed and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED without prejudice.

APPROVED:

_____
/s/RALPH R. BEISTLINE
United States District Judge

_____
Date: July 1, 2009

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

_____
Ida Romack, Clerk of Court

[pirtle judgment.wpd]{JMT2.WPT*Rev.3/03}